# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH S. BLICKHAN,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No. C08-5468RBL-JKA<br><br><br><br><br>ORDER FOR REMAND |

Based on the stipulation between the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The parties, acting through their respective counsel, hereby agree that the above-captioned case be reversed and remanded pursuant to sentence four of 42 U.S.C. §405(g). Upon remand, the Appeals Council will consider Plaintiff's request for

Page 1    ORDER- [C08-5468RBL-JKA]

review timely filed and will consider the case on its merits. The parties agree that reasonable attorney fees and expenses should be awarded, upon proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412

DATED this 6th day of November, 2008.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Recommended for Entry:

*/s/ J. Kelley Arnold*
UNITED STATES MAGISTRATE JUGE

Presented by:

s/ L. Jamala Edwards
L. JAMALA EDWARDS
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-3749
Fax: 206-615-2531
jamala.edwards@ssa.gov