# United States District Court

WESTERN DISTRICT OF WASHINGTON

Deborah S. Blickhan

        v.

Michael J. Astrue

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5468RBL/JKA

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED


    The above-captioned case is **Reversed** and **Remanded** to the Commissioner, pursuant to sentence four of 42 U.S.C.§405 (g). Upon remand, the Commissioner shall comply with the specific instructions set forth in this Court's Order of November 6, 2008 . Plaintiff is entitled to reasonable attorney fees and cost, pursuant to 28 U.S.C. §2412(d), upon proper request to this Court.


    November 10, 2008                          BRUCE RIFKIN
                                                               Clerk

                                                             Jennie L. Patton
                                                              Deputy Clerk