United States District Judge RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DEBORAH BLICKHAN, | ) |
| Plaintiff, | ) CIVIL NO. C08-5468RBL |
| vs. | ) ORDER FOR EAJA FEES, COSTS AND EXPENSES |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) |

THIS MATTER having come on regularly before the undersigned upon by Plaintiff's Motion to Award EAJA Fees, Costs, and Expenses, and the Court agreeing that EAJA fees, costs, and expenses should be awarded, good cause having been shown, now, therefore, it is hereby

ORDERED that Plaintiff's attorney Eitan Kassel Yanich is hereby awarded EAJA fees of $884.60 and expenses of $19.21 pursuant to 28 U.S.C. §2412 and costs of $350.00 as set out at 28 U.S.C. §1920, payable from the Judgment Fund pursuant to 31 U.S.C. §1304.

DATED this 23rd day of December, 2008.

_____
RONALD B. LEIGHTON

ORDER FOR EAJA FEES, COSTS AND EXPENSES [C08-5468RBL] - 1

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226

UNITED STATES DISTRICT JUDGE

Presented by:

S/ EITAN KASSEL YANICH
EITAN KASSEL YANICH, WSBA #13690
Attorney for Plaintiff

ORDER FOR EAJA FEES, COSTS AND EXPENSES [C08-5468RBL] - 2

Eitan Kassel Yanich, Attorney at Law
203 Fourth Avenue E., Suite 321
Olympia, WA. 98501
(360) 705-1226